**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| CHRISTOPHER CLINE, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No: 8:18-cv-602-SCB-AEP |
| ULTIMATE FITNESS GROUP, LLC d/b/a ORANGETHEORY FITNESS, | |
| Defendant. | |

**NOTICE OF COMPLIANCE WITH CM/ECF REGISTRATION**

In accordance with the Court's Order of April 16, 2018 (Dkt. No. 7), the undersigned, admitted *pro hac vice* to serve as counsel to Plaintiff and the proposed class in the above-captioned matter, confirms that he has registered for CM/ECF and has obtained a password. The undersigned has read and agrees to abide by the administrative procedures for electronic filing in civil and criminal cases, the attorney users manual developed by the Clerk's office and such changes or additions that have been made thereto and which are available on the Court's website.

The undersigned has also registered an email address and paid the necessary fee.

Date: May 14, 2018					Respectfully submitted,

_____
Keenan D. Kmiec, admitted *pro hac vice*
Hunter & Kmiec
E-Mail: kmiec@hunterkmiec.com
14020 Old Harbor Lane #107
Marina Del Rey, California  90292
Tel: (917) 859-7970
Fax: (646) 462-3356


*Attorney for Plaintiff Christopher Cline
   and the Proposed Class*