**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| CHRISTOPHER CLINE, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No: 8:18-cv-602-SCB-AEP |
| ULTIMATE FITNESS GROUP, LLC d/b/a ORANGETHEORY FITNESS, | |
| Defendant. | |

**NOTICE OF NON-OPPOSITION**

Plaintiff Christopher Cline ("Plaintiff"), on behalf of himself and all others similarly situated, through undersigned counsel, hereby gives notice that he does not oppose this Court's stated intention to transfer the above-captioned matter to the Orlando Division.  By Order of May 10, 2018, this Court ordered that "Plaintiff shall respond and show cause on or before May 17, 2018, as to why this case should not be transferred to the Orlando Division for all further proceedings."  (Dkt. No. 17 at 3.)  After reviewing the Court's Order and the relevant facts, Plaintiff does not disagree with the Court's view that the factual allegations in his class-action complaint give "Orlando, Florida, the greatest nexus with the events of this cause of action."  *Id.* Plaintiff therefore will not oppose transfer of this matter to the Orlando Division.

[*Remainder of page intentionally left blank.*]

Date: May 17, 2018                    Respectfully submitted,


 */s/ Steven G. Wenzel*
 Steven G. Wenzel
Florida Bar No. 159055
swenzel@wfclaw.com
WENZEL FENTON CABASSA PA
1110 N. Florida Ave., Suite 300
Tampa, FL  33602-3343
Tel:  (813) 579-2483
Fax:  (813) 229-8712

Arthur Stock (*)
Lane L. Vines (*)
BERGER & MONTAGUE, P.C.
 1622 Locust Street
Philadelphia, PA  19103
Tel.:  (215) 875-3000
Fax:  (215) 875-4604
Email:   astock@bm.net
             lvines@bm.net

James A. Hunter (*)
HUNTER & KMIEC
255 West 94th Street, No. 10M
New York, NY  10025
Tel.:  (646) 666-0122
Fax:  (646) 462-3356
Email:   hunter@hunterkmiec.com

Keenan D. Kmiec (*)
HUNTER & KMIEC
14020 Old Harbor Lane, No. 107
Marina Del Rey, CA  90292
Tel.:  (917) 859-7970
Fax:  (646) 462-3356
Email: kmiec@hunterkmiec.com

 (*)     *Admitted pro hac vice*
*Attorneys for Plaintiff Christopher Cline*
*and the Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 17th day of May, 2018 a copy of the foregoing was filed using the CM/ECF system, which will serve a copy upon all attorneys of record including the attached service list.

*/s/ Steven G. Wenzel*
Steven G. Wenzel, Esq.